UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NEWARK CORPORATION | : | Case No.  1:09-CV-00938 |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| KIMBERLY REED, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

A Motion for a Preliminary Injunction was filed in the instant action on April 24, 2009. (Doc. 4.)  That same day, the Plaintiff also filed a Motion for Leave to Serve Expedited Discovery.  (Doc. 5.)

The Court hereby **ORDERS** Defendants to respond to the Motion for Leave to Serve Expedited Discovery (Doc. 5) within three days.

IT IS SO ORDERED.

s/Kathleen M. O'Malley
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2009